IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:14cv125

| | |
|---|---|
| CARLA MATTHEWS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| CONVERGYS CORPORATION and ) | |
| CONVERGYS CUSTOMER ) | |
| MANAGMENT GROUP INC., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Pending before the Court is the Consent Motion for Extension of Time to Answer [# 15] and Consent Motion for Extension of Time File Response [# 16]. Upon a review of the record and the Defendants' motions, the Court **GRANTS** the motions [# 15 & # 16]. Defendants shall have until July 17, 2014, to answer or otherwise respond to the Complaint and until July 21, 2014, to respond to the Motion to Certify Class [# 13].

Signed: June 16, 2014

Dennis L. Howell
United States Magistrate Judge