IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:14 CV 125

| | |
|---|---|
| CARLA MATTHEWS, LISA WORRILLS, )<br>and GARY COSBY, individually, and on )<br>behalf of others similarly situated, )<br>)<br>    Plaintiffs )<br>) | |
| ) | **ORDER** |
| v ) | |
| ) | |
| CONVERGYS CORPORATION, and )<br>CONVERGYS CUSTOMER )<br>MANAGEMENT GROUP, INC., )<br>)<br>    Defendants. ) | |

**THIS MATTER** has come before the undersigned pursuant to a Certification and Report of Rule 26(f) Conference and Discovery Plan (#30) filed by the parties in this matter. The undersigned has consulted with the District Court regarding the entry of the Pretrial Order and Case Management Plan. Based upon such consultation, the undersigned declines to enter a Pretrial Order and Case Management Plan in this matter until after the District Court has ruled on the Plaintiffs' Motion for Conditional Class Certification (#13).

**ORDER**

**IT IS, THEREFORE**, **ORDERED** that the Court denies and declines to act

upon the Certification and Report of Rule 26(f) Conference and Discovery Plan (#30) until the ruling of the District Court in regard to the Plaintiffs' Motion for Conditional Class Certification (#13). After the District Court has ruled upon the motion, the parties will be given **fourteen (14) days** to file an amended Certification and Report of Rule 26(f) Conference and Discovery Plan.

Signed: August 13, 2014

Dennis L. Howell
United States Magistrate Judge