IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:14cv125

| | |
|---|---|
| CARLA MATTHEWS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| CONVERGYS CORPORATION and ) | |
| CONVERGYS CUSTOMER ) | |
| MANAGMENT GROUP INC., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Pending before the Court is the Joint Motion to Stay [# 37]. The parties move for a sixty day stay of these proceedings to allow them to continue settlement discussions. Upon a review of the record, and for good cause shown, the Court **GRANTS** the motion [# 37]. The Court **STAYS** this case for Sixty (60) days from the entry of this Order. If the parties are unable to settle this case, they shall have fourteen (14) days after the expiration of the stay to complete class notification.

Signed: November 4, 2014

Dennis L. Howell
United States Magistrate Judge