## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:14-cv-125

| | | |
|---|---|---|
| CARLA MATTHEWS, LISA WORRILLS, And GARY COSBY, individually, and on behalf of others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | **ORDER** |
| CONVERGYS CORPORATION, and CONVERGYS CUSTOMER MANAGEMENT GROUP, INC., | ) ) ) ) | |
| Defendants. | ) ) ) | |

**THIS MATTER** is before the Court on Charles G. Monnett, III's Application for Admission to Practice *Pro Hac Vice* of Jacob Robert Rusch. It appearing that Jacob Robert Rusch is a member in good standing with the Minnesota State Bar and will be appearing with Charles G. Monnett, III, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

IT IS, THEREFORE, ORDERED that Charles G. Monnett, III's Application for Admission to Practice Pro Hac Vice (#66) of Jacob Robert Rusch

is **GRANTED**, and that Jacob Robert Rusch is ADMITTED to practice, *pro hac vice*, before the Bar of this court while associated with Charles G. Monnett, III.

Signed: March 11, 2015

Dennis L. Howell
United States Magistrate Judge