# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:14-cv-125

| | | |
|---|---|---|
| CARLA MATTHEWS, LISA WORRILLS, And GARY COSBY, individually, and on behalf of others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | ORDER |
| CONVERGYS CORPORATION, and CONVERGYS CUSTOMER MANAGEMENT GROUP, INC., | ) ) ) ) ) | |
| Defendants. | ) ) | |

**THIS MATTER** is before the Court on Elizabeth R. Dangel's Application for Admission to Practice *Pro Hac Vice* of Lynda M. Hill. It appearing that Lynda M.. Hill is a member in good standing with the Tennessee State Bar and will be appearing with Elizabeth R. Dangel, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

IT IS, THEREFORE, ORDERED that Elizabeth R. Dangel's Application for Admission to Practice Pro Hac Vice (#76) of Lynda M. Hill is **GRANTED**,

and that Lynda M. Hill is ADMITTED to practice, *pro hac vice*, before the Bar of this court while associated with Elizabeth R. Dangel.

Signed: April 22, 2015

Dennis L. Howell
United States Magistrate Judge